# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | |
|---|---|
| STATE OF WASHINGTON, | )<br>) No. 69919-9-I<br>) |
| Appellant, | )<br>) |
| v. | ) UNPUBLISHED OPINION<br>) |
| ASHLEY E. BYRNE, | )<br>) |
| Respondent. | )<br>)<br>) FILED:    AUG 1 1 2014 |

PER CURIAM — The State appeals an order suppressing evidence and dismissing a charge of manufacturing a controlled substance against Ashley Byrne. The parties concede, and we agree, that the issue in this case is essentially identical to the issue raised in a separate appeal involving Byrne's codefendant, Alex Buckingham. The latter appeal has now been decided. Relying on State v. Reis, ___ Wn. App. ___, 322 P.3d 1238 (2014), we held in State v. Buckingham, No. 69853-2, 2014 WL 1600587 (Wash. Ct. App. Apr. 21, 2014) that the superior court erred in granting Buckingham's motion to suppress and dismissing the charge against him. For the reasons set forth in Buckingham, the superior court's decisions suppressing evidence and dismissing the charge against Byrne are reversed and remanded for further proceedings.

Reversed and remanded.

FOR THE COURT:

_Spearman, C.J._

_Leach, J._

_Schindler, J._